■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY H.L. SHACKELFORD, JR., Appellant. [957 NYS2d 883]— Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed October 24, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Dillon, Chambers and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SIMPKINS, Appellant. [957 NYS2d 884]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 2007 (*People v Simpkins*, 45 AD3d 704 [2007]), affirming a judgment of the County Court, Nassau County, rendered March 8, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.